# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

146500(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 146500
                                       COA: 310824

DARREN KENNETH GRAYS,
        Defendant-Appellant.
                                       Wayne CC: 92-013990-FC

_____/

       On order of the Court, the motion for reconsideration of this Court's July 30, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



p0923

                                   Clerk